RICHARD D. LAUER *v.* PLANNING COMMISSION OF THE
TOWN OF REDDING ET AL.
(11682)

O'CONNELL, LAVERY and SPEAR, Js.

Argued January 4—decision released February 15, 1994

*Nancy Burton,* for the appellant (plaintiff).

*Michael N. LaVelle,* for the appellee (named defendant).

PER CURIAM. We have carefully examined the record, transcripts and briefs submitted to us in this appeal. After affording the appellant's claims that are properly before us the appropriate scope of review, we find them to be without merit.

The judgment is affirmed.